UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAN CORONA-FUENTES,

    Defendant.

Case No. 22-CR-54

[18 U.S.C. §§ 2251(a) and (e)]

Green Bay Division

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about November 9, 2019, in the State and Eastern District of Wisconsin,

**ADAN CORONA-FUENTES**

knowingly employed and used a minor, Female A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was intended to be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

    In violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 3, 2020, in the State and Eastern District of Wisconsin,

**ADAN CORONA-FUENTES**

knowingly employed and used a minor, Female B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was intended to be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE NOTICE

Upon conviction of either charge in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

**A TRUE BILL:**

FOREPERSON

Dated: 3/1/2022

fv/ RICHARD G. FROHLING
United States Attorney

3