# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CHANGE OF PLEA** |
| v. | **AND SENTENCING** |
| **ADAN CORONA-FUENTES** | Case No. 22-CR-54 |

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 2:35 p.m.
Proceeding Held: June 22, 2022     Time Concluded: 3:12 p.m.
Deputy Clerk: Mara     Tape: 062222 Zoom Video

**Appearances:**

UNITED STATES OF AMERICA by:     Alexander Duros

ADAN CORONA-FUENTES by:     Krista Halla-Valdes

US PROBATION OFFICE by:     Brian Koehler

INTERPRETER: Alexandra Wirth     ☒ Interpreter Sworn

☒ Defendant consents to appear and proceed by video conference from Outagamie County Jail.
The Court makes findings to hold the hearing via video and specific findings to this case/defendant that further delay would seriously impair the interest of justice in this matter.

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) 1 of the:
  ☒ indictment, ☐ superseding indictment, ☐ information
- ☒ CHARGE: 18:2251(a) and (3) Production of Child Pornography
- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
- ☒ Defendant adjudged guilty

- ☒ The parties have no objections to the factual statements in the abbreviated PSR.
- ☒ The parties have no objections to the application of the guidelines in the abbreviated PSR.

- ☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
- ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

- ☒ The court adopts the factual statements and guideline application as set forth in the abbreviated PSR.
- ☐ The court adopts the factual statements and guideline application with these changes:

---

- ☒ The government presents sentencing argument: 15 years.
- ☒ The defendant presents sentencing argument: 15 years.
- ☒ Defendant exercises right of allocution.
- ☒ The court imposes sentence.
- ☒ The government dismisses all remaining counts.
- ☒ Defendant advised of appeal rights.

---

**SENTENCE IMPOSED:**

**Imprisonment:**  15 years as to Ct. 1.

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED:  180 months.**

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Supervised Release:**  5 years as to Ct. 1.

**MONETARY PENALTIES**

**Special Assessment:**     $ 100.00             due immediately

**Fine:**     $ _____     ☒ fine waived

**Restitution:**     $ _____     ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: