UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                     Case No. 22-CR-54

ADAN CORONA-FUENTES,

    Defendant.

---

### DEFENDANT'S NOTICE OF APPEAL

---

Adan Corona-Fuentes, by counsel, now gives notice pursuant to FED. R. APP. P. 3(c), 4(b) that he appeals the judgment of conviction entered on June 24, 2022, by the United States District Court for the Eastern District of Wisconsin, Hon. William C. Griesbach presiding. Corona-Fuentes takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Corona-Fuentes files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement. Fredenburgh proceeds *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Case 1:22-cr-00054-WCG    Filed 07/05/22    Page 1 of 2    Document 20

Justice Act of 1964 and Corona-Fuentes's financial circumstances have not changed meaningfully. Fed. R. App. P. 24(a)(3).

Dated at Green Bay, Wisconsin, this 5th day of July, 2022

Respectfully submitted,

ADAN CORONA-FUENTES,

**s/ Krista Halla-Valdes**
Krista Halla-Valdes, Bar #1091984
Attorney for Defendant
Federal Defender Services of Wisconsin, Inc.
801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301
Tel: 920-430-9900
Fax: 920-430-9901
krista_halla-valdes@fd.org

N:\Cases-Open\C-D\Corona-Fuentes, Adan - 22-049\Post-Trial\Notice of Appeal.docx